UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RASHID JOHNSON,

    Plaintiff,

v.

CENTRAL BUS SERVICE OF NJ, LLC, aka CENTRAL BUS SERVICE LLC, JAY'S BUS SERVICE, INC., MAYER GINDOFF, Individually and JAY ELINSON, Individually,

    Defendants.

Civil Action No.: 3:18-cv-4292

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff, Rashid Johnson, and Defendants, Jay's Bus Service, Inc., and Jay Ellinson, through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against all Defendants in this matter is dismissed in its entirety with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| JAFFE GLENN LAW GROUP, P.A.<br>301 N. Harrison Street<br>Suite 9F, #306<br>Princeton, NJ 08540<br>(201) 687-9977 | JACKSON LEWIS P.C.<br>220 Headquarters Plaza<br>East Tower, 7th Floor<br>Morristown, NJ 07960<br>(973) 538-6890 |
| By: /s/ Jodi J. Jaffe<br>Jodi J. Jaffe, Esq.<br>Attorneys for Plaintiff<br>Rashid Johnson | By: /s/ Brett M. Anders<br>Brett M. Anders, Esq.<br>Attorneys for Defendants, Jay's Bus Service and Jay Ellinson |
| Date: 5/21/18 | Date: 5/21/18 |

422568
4830-3167-2166, v. 1

So Ordered this 21st day of May, 2018

Hon. Michael Shipp, USDJ